■ Loeb Rhoades & Co., Respondent, v Charles L. De Vries, Defendant, and Andrew A. Gore, Appellant.—Order, Supreme Court, New York County, entered August 5, 1975, unanimously affirmed, with $40 costs and disbursements of this appeal to respondent. Plaintiff-respondent moved for summary judgment against defendant. Movant-appellant, attorney for defendant—the latter described by plaintiff as a fugitive from criminal process, and who has removed himself from this jurisdiction —countered the summary judgment motion with his own application for leave to withdraw, claiming a dispute with his absent client over fees. Special Term denied the application, observing that the past history of the case shows counsel to be able to prepare papers in opposition to the summary judgment motion, and that withdrawal could serve only to prejudice plaintiff's rights. We agree. The date by which movant-appellant attorney may serve and file papers in opposition to the motion for summary judgment is extended for 15 days from service of a copy of the order entered hereon. Concur—Markewich, J. P., Kupferman, Capozzoli, Lane and Nunez, JJ.

■ Leo Psygoda, Respondent, v Parkchester Apts. Co., Appellant.—Judgment, Supreme Court, Bronx County, entered March 4, 1975, after trial to a jury, unanimously reversed, on the law, and a new trial directed with $60 costs and disbursements of this appeal to abide the event. Plaintiff-respondent tenant fell on ice on the premises of defendant-appellant landlord. There was evidence that, immediately before and at the time of the occurrence, there was ongoing precipitation at a freezing temperature, and the jury could have so found. In the circumstances, it was error for the trial court to refuse to charge the jury in respect of the nature of defendant's duty to clear away accumulations on the walk during progress of the storm. (See *Bressler v Rule Realty Co.,* 219 App Div 529.) The jury could easily have been confused by lack of instruction on this point, and a new trial is indicated. Concur—Stevens, P. J., Markewich, Tilzer, Lane and Nunez, JJ.